**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

|  |  |  |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: January 22, 2015

Mr. Adam Jeremy Gantz
Law Offices
27750 Middlebelt Road
Suite 100
Farmington Hills, MI 48334

Re: Case No. 15-1059, *Barbara Ellis v. Chase Home Finance, LLC, et al*
Originating Case No. : 2:14-cv-11186

Dear Counsel,

This appeal has been docketed as case number **15-1059** with the caption that is enclosed on a separate page. The appellate case number and caption must appear on all filings submitted to the Court. If the filing fee was not paid when the notice of appeal was filed, it must be paid to the district court immediately.

Before preparing any documents to be filed, counsel are strongly encouraged to read the Sixth Circuit Rules at www.ca6.uscourts.gov. If you have not established a PACER account and registered with this court as an ECF filer, you should do so immediately. Your password for district court filings will not work in the appellate ECF system.

At this stage of the appeal, the following forms should be downloaded from the web site and filed with the Clerk's office by **February 5, 2015**.

Appellant:  Appearance of Counsel
            Civil Appeal Statement of Parties & Issues
            Disclosure of Corporate Affiliations
            Application for Admission to 6th Circuit Bar (if applicable)

Appellee:   Appearance of Counsel
            Disclosure of Corporate Affiliations
            Application for Admission to 6th Circuit Bar (if applicable)

  More specific instructions are printed on each form.  If appellant's initial forms are not timely filed or necessary fees paid, the appeal will be dismissed for want of prosecution.  If you have questions after reviewing the forms and the rules, please contact the Clerk's office for assistance.

              Sincerely yours,

              s/Benjamin P. Alexander
              Case Manager
              Direct Dial No. 513-564-7021

cc:  Mr. Kyle R. Dufrane
  Ms. Christyn Monique Scott
  Mr. Thomas H. Trapnell

Enclosure

**OFFICIAL COURT OF APPEALS CAPTION FOR 15-1059**

BARBARA A. ELLIS

      Plaintiff - Appellant

v.

CHASE HOME FINANCE, LLC; JPMORGAN CHASE BANK, N.A.; UNKNOWN TRUST, THE CURRENTLY UNKNOWN ASSET-BACKED SECURITY AT ISSUE; DEUTSCHE BANK NATIONAL TRUST COMPANY, as Trustee

      Defendants - Appellees