UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

# Appearance of Counsel

**Sixth Circuit Case No.:** 15-1059

**Case Name:** Barbara Ellis vs. Chase Home Finance, LLC, et al.

**Names of all Clients:** (List all clients on this form, do not file a separate appearance form for each client.)

> JPMorgan Chase Bank, N.A., successor by merger to Chase Home Finance LLC
>
> Deutsche Bank National Trust Company, solely and exclusively in its capacity as Trustee for Washington Mutual Mortgage Pass-Through Certificates, Series 2004-AR, improperly named as "Deutsche Bank National Trust Company, as Trustee"

- ☐ Appellant
- ☒ Appellee
- ☐ Petitioner
- ☐ Respondent
- ☐ Amicus Curiae
- ☐ Intervenor
- ☐ Criminal Justice Act (Appointed)

Lead counsel must be designated if a party is represented by more than one attorney or law firm.   ☐ Check if you are lead counsel

**If you are substituting for another counsel, include that attorney's name here:**

**Name:** Thomas H. Trapnell

**Admitted:** October 12, 2012 (Sixth Circuit admission date only)

**Signature:** /s/ Thomas H. Trapnell

**Firm Name:** Dykema Gossett PLLC

**Business Address:** 400 Renaissance Center

**Suite:** _____   **City/State/Zip:** Detroit, MI 48243

**Telephone Number (Area Code):** (313) 568-5414

**Email Address:** ttrapnell@dykema.com

---

**CERTIFICATE OF SERVICE**

I certify that on January 23, 2015 the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by placing a true and correct copy in the United States mail, postage prepaid, to their address of record.

s/ Thomas H. Trapnell

---