UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

# Appearance of Counsel

**Sixth Circuit Case No.:** 15-1059

**Case Name:** Barbara Ellis vs. Chase Home Finance, LLC, et al.

**Names of all Clients:** (List all clients on this form, do not file a separate appearance form for each client.)

JPMorgan Chase Bank, N.A., successor by merger to Chase Home Finance LLC

Deutsche Bank National Trust Company, solely and exclusively in its capacity as Trustee for Washington Mutual Mortgage Pass-Through Certificates, Series 2004-AR, improperly named as "Deutsche Bank National Trust Company, as Trustee"

- ☐ Appellant
- ☒ Appellee
- ☐ Petitioner
- ☐ Respondent
- ☐ Amicus Curiae
- ☐ Intervenor
- ☐ Criminal Justice Act (Appointed)

Lead counsel must be designated if a party is represented by more than one attorney or law firm.   ☒ Check if you are lead counsel

**If you are substituting for another counsel, include that attorney's name here:**

**Name:** Christyn M. Scott      **Admitted:** April 23, 2010
(Sixth Circuit admission date only)

**Signature:** /s/ Christyn M. Scott

**Firm Name:** Dykema Gossett PLLC

**Business Address:** 39577 Woodward Ave.

**Suite:** 300      **City/State/Zip:** Bloomfield Hills, MI 48304

**Telephone Number (Area Code):** (248) 203-0746

**Email Address:** cscott@dykema.com

---

**CERTIFICATE OF SERVICE**

I certify that on January 23, 2015 the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by placing a true and correct copy in the United States mail, postage prepaid, to their address of record.

s/ Christyn M. Scott

---

6ca-68
8/14