RECEIVED

MAR 2 6 2015

DEBORAH S. HUNT, Clerk

Case 15-1059

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | |
|---|---|
| BARBARA ELLIS, | Appeal No. 15-1059 |
| PRO SE Appellant, | Trial Court No. 2:14-cv-11186<br>Honorable Laurie J. Michelson |
| v | Mag. Judge Michael J. Hluchaniuk |
| CHASE HOME FINANCE, LLC,<br>JPMORGAN CHASE BANK, N.A.,<br>DEUTCH BANK NATIONAL<br>TRUST COMPANY, as Trustee, and<br>UNKNOWN TRUST, the currently<br>unknown asset-backed security at issue. | |
| Defendants. | |

| | |
|---|---|
| **BARBARA ELLIS**<br>Pro Se<br>8293 South Huron River Drive<br>South Rockwood, MI 48179-9513<br>Telephone: (734) 672-0574<br>4barbls@gmail.com | **DYKEMA GOSSETT PLLC**<br>Kyle R. Dufrane (P58809)<br>Thomas H. Trapnell (P74345)<br>Attorneys for Appellees<br>400 Renaissance Center<br>Detroit, MI 48243<br>(313) 568-6529<br>kdufrane@dykema.com<br>ttrapnell@dykema.com |

## NOTICE OF PRO SE STATUS

I hereby certify that I, Barbara Ellis, will represent myself PRO SE as attorney for this appeal. I beg the court to understand that this action is done solely to preserve my only means of employment and the business income derived from this residence since 2006.

Respectfully submitted:

Date: March 25, 2015        By: _____
                                BARBARA ELLIS
                                PRO SE Appellant
                                8293 South Huron River Drive
                                South Rockwood, MI 48179-9513
                                Telephone: (734)672-0574

## PROOF OF SERVICE

On March 25, 2015, I submitted this Notice of Pro Se Status to the Office of the Clerk, United States Court of Appeals for the Sixth Circuit by next day mail USPS Signature Tracking # 9481703699300018582560, with postage fully prepaid, to the clerks address of 100 East Fifth Street, Room 540, Cincinnati, OH 45202-3988. I declare that the statement above is true to the best of my knowledge, information and belief.

                                Respectfully submitted:

Date: March 25, 2015        By: _____
                                BARBARA ELLIS
                                PRO SE Appellant
                                8293 South Huron River Drive
                                South Rockwood, MI 48179-9513
                                Telephone: (734)672-0574

