## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

Deborah S. Hunt
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed:  March 30, 2015

Ms. Barbara Ann Ellis
8293 Huron River Road
South Rockwood, MI 48179

Ms. Christyn Monique Scott
Dykema Gossett
39577 Woodward Avenue
Suite 300
Bloomfield Hills, MI 48304

Re:  Case No. 15-1059, *Barbara Ellis v. Chase Home Finance, LLC, et al*
Originating Case No. : 2:14-cv-11186

Dear Sir or Madam,

   The briefing schedule listed below gives you the opportunity to present your issues to the court in your own words.  You may follow these requirements or use the simplified briefing form which is enclosed.  If you are an inmate in an institution, your brief will be considered timely if it is deposited in your institution's mail on or before the filing date indicated below.  The brief should include a declaration under penalty of perjury or a notarized statement stating the date that the brief has been deposited and that first-class postage has been paid.  *See* Fed. R. App. P. 25(a)(2)(C).  If you are *not* an inmate, your brief is considered timely if it is received in this court by the filing date indicated below.  If the brief is filed late, the case is at risk of being dismissed for want of prosecution.

  Appellant's Brief    1 signed original
             Limit of 30 pages or 14,000 words
             Filed by **May 12, 2015**

   Citations in your brief to the lower court record must include (i) a **brief** description of the document, (ii) the record entry number and (iii) the "**Page ID** #" for the relevant pages.  Consult 6 Cir. R. 28(a)(1) for additional information.

  Appellee's Brief
  Appendix (if required by 6 Cir. R. 30(a)  Filed electronically by **June 15, 2015**

and (c)(2))

| Appellant's Reply Brief | Filed **17** days after |
| (Optional Brief) | the appellee's brief |

 For most appeals, the Court will access directly the electronic record in the district court. However, to determine if this appeal requires an appendix and how to prepare it, read the latest version of the Sixth Circuit Rules at www.ca6.uscourts.gov, in particular Rules 28 and 30.

 If you still have questions after reviewing the information on the web site, please contact the Clerk's office <u>before</u> you file your brief.

       Sincerely yours,

       s/Laura A. Jones
       Case Manager
       Direct Dial No. 513-564-7023

cc: Mr. Kyle R. Dufrane
   Mr. Thomas H. Trapnell

Enclosure