**RECEIVED**

JUL 8 2015

DEBORAH S. HUNT, Clerk

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | |
|---|---|
| BARBARA ELLIS, | Appeal No. 15-1059 |
| PRO SE Appellant, | Trial Court No. 2:14-cv-11186<br>Honorable Laurie J. Michelson |
| v | Mag. Judge Michael J. Hluchaniuk |
| CHASE HOME FINANCE, LLC,<br>JPMORGAN CHASE BANK, N.A.,<br>DEUTCH BANK NATIONAL<br>TRUST COMPANY, as Trustee, and<br>UNKNOWN TRUST, the currently<br>unknown asset-backed security at issue. | |
| Defendants. | |

| | |
|---|---|
| BARBARA ELLIS<br>Pro Se<br>8293 South Huron River Drive<br>South Rockwood, MI 48179<br>Telephone: (734)672-0574<br>4barbls@gmail.com | DYKEMA GOSSETT PLLC<br>Kyle R. Dufrane (P58809)<br>Thomas H. Trapnell (P74345)<br>Attorneys for Appellees<br>400 Renaissance Center<br>Detroit, MI 48243<br>(313)568-6529<br>kdufrane@dykema.com<br>ttrapnell@dykema.com |

## MOTION TO FILE RESPONSE BRIEF OUT OF TIME
## DUE TO EXTRAORDINARY CIRCUMSTANCES

Comes Barbara Ellis, PRO SE Appellant, and moves the Court for leave to file her Appellant's Reply Brief and accompanying motions out of time.

The Appellant submits that she did drive four hours and 249 miles only to accidentally submit an unsigned and draft version of the reply brief on July 2, 2015. The Appellant discovered her error early on July 3, 2015, a Federal holiday. Being PRO SE, the appellant left a message with the case manager at approximately 8:52 am on July 6, 2015 regarding 6 Cir. R. 26 (3) as to what action this Plaintiff could take.

That Appellant did reach the case manager at approximately 9:22 am on July 7,

2015 and given the extreme circumstances for such an error, this Appellant requests leave to file the proper brief out of time.

This issue arose because June weather has been extreme and the Appellant has been flooded twice in two weeks. Early in the morning of June 16, 2015, the Appellant rose to the sound of her water alarm going off in the basement/garage area. Strong winds and thunderstorms had triggered the breaker controlling the sump pumps so the 1850 area had 6 inches of water in it. The Appellant spent a fair amount of time drying it out

Then, on June 23, 2015, an entire section of South Rockwood lost power and again, six inches of water accumulated in the garage/basement. Seems Michigan had rain 18 out of 30 days in June and it has been too humid to dry out on its own.

The Appellant opted to spend her time on the reply brief, but being so focused on the legal case, she forgot that the weather, moisture and mold were a migraine trigger. Dr. David Patterson of Flat Rock Family Physicians may be contacted to confirm that the Appellant suffers from a form of "silent" migraine. They occur infrequently but affect the cognitive abilities of the Appellant. Given that Michigan is continues to have record wet weather that creates such trouble along with other health issues, this Appellant now finds it necessary to move for leave to file the Appellant's Reply Brief out of time.

This is done out of illness not for purposes of delay. Which may be evidenced by the fact that the Appellant has not asked for an extension before this.

Respectfully submitted:

*Barbara Ellis*

Date: July 7, 2015        By: Barbara A. Ellis
                             PRO SE Appellant
                             8293 South Huron River Drive
                             Rockwood, MI 48179

# Hundreds still without power in Monroe County after storms

*Posted: Jun 23, 2015 7:25 AM EST*
*Updated: Jun 23, 2015 2:31 PM EST*

**By Nick Bade** CONNECT

MONROE COUNTY, MI (Toledo News Now) - Powerful storms ripped across southeast Michigan early Tuesday morning, knocking out power to hundreds in Monroe County.

DTE Energy says nearly 900 of its customers are without electrical service because of wind damage. The company says it expects power to be restored by 2:30 p.m. Tuesday.

Click here to see the DTE Energy outage map.

Dinius Road is closed east of M-52 in Lenawee County because of a tree which fell onto the roadway.

*Copyright 2015 Toledo News Now. All rights reserved.*



X 8293 SOUTH HURON RIVER



RAINED 18 OUT 30 DAYS

8293 SOUTH HURON RIVER





CERTIFICATE OF SERVICE

I certify that on July 6, 2015, pursuant to 6 Cir. R. 25, I mailed a copy of the foregoing to Defendant-Appellee at the following address:

DYKEMA GOSSETT PLLC

Thomas H. Trapnell (P74345)
Attorney for Defendants-Appellees
400 Renaissance Center
Detroit, MI 48243

## CERTIFICATE OF SERVICE

I certify that on July 7, 2015, pursuant to 6 Cir. R. 25, I mailed a copy of the foregoing to Defendant-Appellee at the following address:

DYKEMA GOSSETT PLLC

Thomas H. Trapnell (P74345)
Attorney for Defendants-Appellees
400 Renaissance Center
Detroit, MI  48243







UNITED STATES POSTAL SERVICE® **Click-N-Ship®**

**E**

usps.com
$18.11
US POSTAGE
Flat Rate Env

9470 1036 9930 0015 0040 50 0181 1000 0034 5202

Commercial Base Pricing

07/06/15 Mailed from 48179 062S0000000311

## PRIORITY MAIL EXPRESS 1-DAY™

BARBARA A ELLIS
8293 S HURON RIVER DR
S ROCKWOOD MI 48179-9513

Scheduled Delivery Date: 07/07/15

**0007**

**C023**

WAIVER OF SIGNATURE

SCHEDULED DELIVERY 12:00 PM

SHIP TO:
LAURA JONES
US COURT APPEALS SIXTH CIRCUIT CLERKS OFFICE
100 E 5TH ST
RM 540
CINCINNATI OH 45202-3988

**USPS TRACKING #**

9470 1036 9930 0015 0040 50

Visit us at usps.com

We Deliver!

Recycled Paper

EP13F

Please recycle.

USPS packaging products have been awarded Cradle to Cradle Certification for their ecologically-intelligent design. For more information go to mbdc.com/usps

Place Mailing Label Here:

UNITED STATES POSTAL SERVICE

EXPRESS MAIL®

Flat Rate Mailing Envelope

For Domestic and International Use

Visit us at usps.com

When used internationally affix customs declarations (PS Form 2976, or 2976A).

EMS

X-RAY

Marshals Service

PLEASE PRESS FIRMLY

EXTREMELY URGENT Please Rush To Addressee

home or office at usps.com/pickup

Print postage online - Go to usps.com/postageonline

EXPRESS MAIL ENVELOPE POSTAGE REQUIRED.

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Express Mail® shipments. Misuse may be a violation of federal law. This packaging is not for resale. EP13F © U.S. Postal Service; Oct. 2008; All rights reserved.

EXPRESS MAIL
UNITED STATES POSTAL SERVICE

**EXTREMELY URGENT** Please Rush To Addressee

Flat Rate
Mailing Envelope

*For Domestic and International Use*

*Visit us at usps.com*