RECEIVED
JUL 3 1 2015
DEBORAH S. HUNT, Clerk

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | |
|---|---|
| BARBARA ELLIS, | Appeal No. 15-1059 |
| PRO SE Appellant, | Trial Court No. 2:14-CV-11186<br>Honorable Laurie J. Michelson<br>Mag. Judge Michael J. Chanukah |
| v | |
| CHASE HOME FINANCE, LLC,<br>JPMORGAN CHASE BANK, N.A.,<br>DEUTCH BANK NATIONAL<br>TRUST COMPANY, as Trustee, and<br>UNKNOWN TRUST, the currently<br>unknown asset-backed security at issue. | |
| Defendants. | |

BARBARA ELLIS
Pro Se
8293 South Huron River Drive
South Rockwood, MI 48179
Telephone: (734)672-0574
4barbls@gmail.com

DYKEMA GOSSETT PLLC
Kyle R. Dufrane (P58809)
Thomas H. Trapnell (P74345)
Attorneys for Appellees
400 Renaissance Center
Detroit, MI 48243
(313)568-6529
kdufrane@dykema.com
ttrapnell@dykema.com

## MOTION TO EXTEND TIME TO FILE REPLY TO APPELLEE RESPONSE TO MOTION TO SANCTION DUE TO ILLNESS

Comes Barbara Ellis, PRO SE Appellant, and moves the Court for leave to file her Reply to the Appellee Response to Motion to Sanction for Bad Faith and any other documents on August 4, 2015.

The health issue referenced in prior correspondence (RE# 27-1, page 1, para 3) and proof attachment (sealed) continues to plague the Appellant as it is beyond her control.

The Appellant asks the court to note that the time necessary to produce this document prevents her from earning necessary business income. Prior attempts to find

another attorney were fruitless and now the Appellant is Pro Se out of necessity, not choice. In short, no one wants this filed more than the Appellant.

Hence, this request for an extension is out of continued illness, incurs hardship on the Appellant and is four days in length only because of mailing constraints. The filing deadline is Friday, July 31, 2015, so this Appellant now finds it necessary to move to extend the deadline to Tuesday, August 4, 2015. Since this court has processed most paper filings the next day (and other appellate courts cite up to 3 days), this filing would most likely not appear until Monday, August 3, 2015 hence the Appellee is not prejudiced by a weekend extension.

The Appellant has not repeatedly asked for extensions or even a long extension. The intent of this request is to submit a single, complete and proper reply and is in no way for purposes of delay.

Respectfully submitted:

*Barbara Ellis*

Date: July 30, 2015

By: Barbara A. Ellis
PRO SE Appellant
8293 South Huron River Drive
Rockwood, MI 48179

## CERTIFICATE OF SERVICE

I certify that on July 30, 2015, pursuant to 6 Cir. R. 25, I mailed a copy of the foregoing to Defendant-Appellee via first class mail at the following address:

DYKEMA GOSSETT PLLC

Thomas H. Trapnell (P74345)
Attorney for Defendants-Appellees
400 Renaissance Center
Detroit, MI 48243


