## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

Deborah S. Hunt  
Clerk

100 EAST FIFTH STREET, ROOM 540  
POTTER STEWART U.S. COURTHOUSE  
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000  
www.ca6.uscourts.gov

Filed: August 04, 2015

Ms. Barbara Ann Ellis  
8293 Huron River Road  
South Rockwood, MI 48179

Ms. Christyn Monique Scott  
Dykema Gossett  
39577 Woodward Avenue  
Suite 300  
Bloomfield Hills, MI 48304

    Re:  Case No. 15-1059, *Barbara Ellis v. Chase Home Finance, LLC, et al*  
          Originating Case No. : 2:14-cv-11186

Dear Sir or Madam,

   Appellant's motion for an extension of time to file her reply to Appellees' response to her motion for sanctions is Granted. Her reply is now due on or before August 4, 2015.

                                   Sincerely yours,

                                   s/Laura A. Jones  
                                   Case Manager  
                                   Direct Dial No. 513-564-7023

cc:  Mr. Kyle R. Dufrane  
      Mr. Thomas H. Trapnell

Enclosure