RECEIVED

SEP - 4 2015

DEBORAH S. HUNT, Clerk

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | |
|---|---|
| BARBARA ELLIS, | Appeal No. 15-1059 |
| PRO SE Appellant, | Trial Court No. 2:14-CV-11186<br>Honorable Laurie J. Michelson |
| v | Mag. Judge Michael J. Chanukah |
| CHASE HOME FINANCE, LLC,<br>JPMORGAN CHASE BANK, N.A.,<br>DEUTCH BANK NATIONAL<br>TRUST COMPANY, as Trustee, and<br>UNKNOWN TRUST, the currently<br>unknown asset-backed security at issue. | |
| Defendants. | |

| | |
|---|---|
| BARBARA ELLIS<br>Pro Se<br>8293 South Huron River Drive<br>South Rockwood, MI 48179<br>Telephone: (734)672-0574<br>4barbls@gmail.com | DYKEMA GOSSETT PLLC<br>Kyle R. Dufrane (P58809)<br>Thomas H. Trapnell (P74345)<br>Attorneys for Appellees<br>400 Renaissance Center<br>Detroit, MI 48243<br>(313)568-6529<br>kdufrane@dykema.com<br>ttrapnell@dykema.com |

## MOTION TO EXTEND TIME TO FILE MOTIONS DUE TO ILLNESS

Comes Barbara Ellis, PRO SE Appellant, and moves the Court for leave to file final Motions August 9, 2015.

The health issue referenced in prior correspondence (RE# 27-1, page 1, para 3) is beyond her control and has changed in how it plagues the Appellant — see latest proof attachment.

The Appellant asks the court to note that the work necessary to attempt a competent and respectful appeal combined with the latest stage of her illness eliminates needed business income. Prior attempts to find another attorney were unsuccessful hence the

Appellant became Pro Se in the middle of this appeal due to illness, not choice.

Furthermore, as Michigan Law (Const 1963, art 1, §13, MCL 600.1430 and MCL 763.1) allows this Appellant to represent herself, the direction as to a Pro Se Appellant stems from the Michigan Civil Proceedings Bench Book section 1.6 "Pro Se Litigants," which clearly states "The court may reference particular statutes, court rules, or rules of evidence that may have significance in a particular case." However, it also states "An appellate court will not overlook a party's tactical errors or consider documentary evidence that was not submitted to the trial court merely because a party acted in propria persons." That is, now that the Appellee's 21 day Safe Harbor period has elapsed, this Pro Se Appellant must file at least one more pre-trial motion to this court in the interest of justice.

This request for an extension is out of illness, continues to extend hardships on the Appellant and is five days in length primarily because of the holiday and mailing constraints. Given the Safe Harbor provision that allowed the Appellee to amend their Response Brief, the deadline to timely file any remaining motions is Friday, September 4, 2015. Unfortunately, this Appellant has no choice but to move to extend the deadline to Wednesday, September 9, 2015. Since this court has processed most paper filings the next day (and other appellate courts cite up to 3 days), given the holiday weekend, this filing would not very likely appear on the court docket until Wednesday, September 9, 2015 hence the Appellee is not prejudiced by a weekend extension.

The Appellant has no choice but to make this request as she is doing the best she can to work around a vexatious health problem. It is in no way for purposes of delay.

Respectfully submitted:

*Barbara Ellis*

Date: September 2, 2015

By: Barbara A. Ellis
PRO SE Appellant
8293 South Huron River Drive
Rockwood, MI 48179

## CERTIFICATE OF SERVICE

I certify that on September 3, 2015, pursuant to 6 Cir. R. 25, I mailed a copy of the foregoing to Defendant-Appellee via first class mail at the following address:

DYKEMA GOSSETT PLLC

Thomas H. Trapnell (P74345)
Attorney for Defendants-Appellees
400 Renaissance Center
Detroit, MI 48243

082708_EM_EP13F OCT 2008

**EXTREMELY URGENT** Please Rush To Addressee

PLEASE PRESS FIRMLY

Pull To Open ▶▶

Schedule package pickup right from your home or office at usps.com/pickup

Print postage online - Go to usps.com/postageonline

PLEASE PRESS FIRMLY

EXPRESS MAIL ENVELOPE POSTAGE REQUIRED.

When used internationally affix customs declarations (PS Form 2976, or 2976A).

▲▲

UNITED STATES POSTAL SERVICE®

**Click-N-Ship®**

usps.com　8470 1036 9930 0016 6366 56 0181 1000 0034 5202
$18.11
US POSTAGE
Flat Rate Env
09/03/15　Mailed from 48179　0625000000315
Commercial Base Pricing

**PRIORITY MAIL EXPRESS 1-DAY™**

Envelope and International Use

BARBARA A ELLIS
8293 S HURON RIVER DR
S ROCKWOOD MI 48179-9513

Scheduled Delivery Date: 09/04/15

C023

0007

WAIVER OF SIGNATURE
SCHEDULED DELIVERY 12:00 PM

SHIP TO:
OFFICE OF THE CLERK
SIXTH CIRCUIT US APPEALS COURT
100 E 5TH ST RM 540
CINCINNATI OH 45202-3988

**USPS TRACKING #**

9470 1036 9930 0016 6366 56

Visit us at usps.com　We Deliver!

Recycled Paper

Please recycle.

EP13F

USPS packaging products have been awarded Cradle to Cradle Certification℠ for their ecologically-intelligent design. For more information go to mbdc.com/usps
Cradle to Cradle Certified℠ is a certification mark of MBDC.

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Express Mail® shipments. Misuse may be a violation of federal law. This packaging is not for resale. EP13F © U.S. Postal Service; Oct. 2008; All rights reserved.