## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

Deborah S. Hunt  
Clerk

100 EAST FIFTH STREET, ROOM 540  
POTTER STEWART U.S. COURTHOUSE  
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000  
www.ca6.uscourts.gov

Filed: June 07, 2016

Mr. David J. Weaver  
U.S. District Court  
for the Eastern District of Michigan  
231 W. Lafayette Boulevard  
Fifth Floor Theodore Levin U.S. Courthouse  
Detroit, MI 48226-0000

Re: Case No. 15-1059, *Barbara Ellis v. Chase Home Finance, LLC, et al*  
Originating Case No. : 2:14-cv-11186

Dear Clerk,

   Enclosed is a copy of the mandate filed in this case.

Sincerely yours,

s/Laura A. Jones  
Case Manager  
Direct Dial No. 513-564-7023

cc:  Mr. Kyle R. Dufrane  
   Ms. Barbara Ann Ellis  
   Ms. Christyn Monique Scott  
   Mr. Thomas H. Trapnell

Enclosure

# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

---

No: 15-1059

---

Filed: June 07, 2016

BARBARA ANN ELLIS

    Plaintiff - Appellant

v.

CHASE HOME FINANCE, LLC; JPMORGAN CHASE BANK, N.A.; UNKNOWN TRUST, THE CURRENTLY UNKNOWN ASSET-BACKED SECURITY AT ISSUE; DEUTSCHE BANK NATIONAL TRUST COMPANY, as Trustee for Washington Mutual Mortgage Pass-Through Certificate. Series 2004-AR

    Defendants - Appellees

## MANDATE

Pursuant to the court's disposition that was filed 02/08/2016 the mandate for this case hereby issues today.

COSTS: None